# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>              Plaintiff,<br><br>   v.<br><br>WARDEN,<br><br>              Defendant. | CASE NO. C24-1110JLR-SKV<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Jamal N. Whitehead as related to C24-0382JNW. All future pleadings shall bear the case number C24-1110JNW-SKV.

//

//

//

//

MINUTE ORDER - 1

1 | Filed and entered this 29th day of July, 2024.

                      RAVI SUBRAMANIAN
                      Clerk of Court

                      s/ Ashleigh Drecktrah
                      Deputy Clerk

MINUTE ORDER - 2