

Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re KURT BENSHOOF, Petitioner, v. WARDEN, Respondent. | No. 24-2-cv-01110-JNW-SKV<br><br>NOTICE OF VIOLENT THREATS TO PETITIONER DURING ONGOING UNLAWFUL IMPRISONMENT |

BE IT NOTED that King County officials transferred Petitioner Kurt A. Benshoof ("Benshoof") from the Maleng Regional Justice Center ("MRJC") to the King County Jail at 10am on September 6, 2024, with good cause and with numerous deleterious consequences to Benshoof's physical safety and his

2:24-cv-01110-JNW-SKV

PAGE 1 OF 5

due process rights.

Benshoof was transferred to SBLB at first. Without a pencil sharpener, Benshoof's ability to defend himself was further imperiled by the transfer. Additionally, the King County Jail commissary does not even sell 10x13 envelopes with postage.

Shortly after 5pm, thugs in SBLB made repeated threats of potentially life threatening physical violence against Benshoof. When Benshoof pushed the emergency intercom button to speak with jail staff to be transferred to a safe location, the thugs in S8LB stole Benshoof's food, sandals, reading glasses, printer paper,

2:24-cv-01110-JNW-SKV

PAGE 2 OF 5

discovery documents, eraser, manilla envelope, food, toothpaste, and toothbrush.

Despite Seattle Municipal Court Judge Andrea Chin issuing an order commanding King County officials to immediately provide Benshoof with either a typewriter or a computerized word processing program and printer, King County officials continue to deny Benshoof access to the most basic office supplies and equipment necessary to effectuate his release from unlawful pretrial detention.

Fortunately for the corrupt Seattle police and prosecutors, as well as the corrupt King County officials, who are conspiring to violate Benshoof's due process rights, Judge Jamal N.

Benshoof's Assistant of Counsel and Next Friend, Urve Maggitti, contacted the head of the King County Jail, Ms. Kraw. Ms. Maggitti alerted Ms. Kraw to the reckless endangerment of, and threats against, Benshoof.

To be clear, Benshoof has never entertained any suicidal ideations or other thoughts of self harm, nor has Benshoof wished harm upon others. Benshoof is a spiritually content father and pacifist who wishes peace for all humans.

The Court, or its law clerks, may wish to refresh their memories on how many days they have to consider a habeas petition before the Court's silence becomes Wilfull Mis-

Conduct born of actual malice against Benshoof, Benshoof is a whistleblower exposing corruption in our state and federal judiciaries. The time has come for judicial officials to honor the oaths to uphold the rights of all.

Averred this sixth day of September 2024 in the city of Seattle, the County of King, the state of Washington, under penalty of perjury of the laws of the United States.

Semper Fidelis,

_____
Kurt A. Benshoof

2:24-cv-01110-JNW-SKV

PAGE 5 OF 5

