UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF,

                Petitioner,        Case No. C24-1110-JNW-SKV

   v.

WARDEN,                          MINUTE ORDER

                Respondent.

      The following Minute Order is made by direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

      This is a federal habeas action that was initiated by "next friend" Tate David Prows on behalf of Petitioner Kurt Benshoof. *See* Dkt. 1. In addition to filing the original petition in this action, Mr. Prows also filed on Petitioner's behalf a motion for judicial notice. Dkt. 6. On September 10, 2024, this Court issued an Order to Show Cause in which it explained that Mr. Prows had not satisfied the requirements for "next friend" standing and that Petitioner would be required to litigate this action on his own behalf. Dkt. 13 at 4. Mr. Prows' motion for judicial notice is currently pending on the Court's motion calendar. However, because the Court has

MINUTE ORDER - 1

concluded that Mr. Prows may not litigate this action on Petitioner's behalf, the motion for judicial notice (Dkt. 6) is STRICKEN.

DATED this 23rd day of September, 2024.

RAVI SUBRAMANIAN, Clerk

By <u>Marsha Honda</u>
Deputy Clerk

MINUTE ORDER - 2