UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF,

                  Petitioner,

v.

WARDEN,

                  Respondent.

Case No. C24-1110-JNW

ORDER DISMISSING FEDERAL HABEAS PETITION

The Court, having reviewed Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Petitioner's amended petition for writ of habeas corpus (Dkt. 7) and this action are DISMISSED without prejudice.

(3)    Petitioner's motion for judicial notice (Dkt. 18) is DENIED as moot.

//

//

//

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this _____ day of _____, 2024.

JAMAL N. WHITEHEAD
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2