## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>             Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>             Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C24-1110-JNW |

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     The Report and Recommendation is approved and adopted. Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241, and this action, are dismissed without prejudice.

     Dated this \_\_\_\_ day of _____ , 2024.

                                            RAVI SUBRAMANIAN
                                            Clerk

                                            Deputy Clerk