Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| *In re*<br>KURT A. BENSHOOF,<br>                        Petitioner,<br>v.<br>WARDEN,<br>CITY OF SEATTLE,<br>KING COUNTY,<br>                        Respondents. | Case No. 2:24-cv-1110-JNW<br><br>WRIT OF HABEAS CORPUS |

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, To: The Sheriff of King County and each and every other peace officer in the State of Washington:

You are commanded to secure the custody of the body of KURT A. BENSHOOF, wherever he may be detained, and bring him before the Presiding Judge of the United States District Court for the Western District of Washington, at the Seattle Courthouse located at 700 Stewart Street, Seattle, Washington 98101, where he is to be unconditionally released from all restraints upon his liberty.

WRIT OF HABEAS CORPUS

FOR Page 1 of 2

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

You are further ordered to break and enter any outer or inner door or other opening of any building, vehicle, or other enclosure or restraining device as necessary to secure the body of KURT A. BENSHOOF and bring him before the court.

KURT A. BENSHOOF shall not be released to any other than the King County Sheriff or any other peace officer in the State of Washington acting in accordance with this order; or, upon a Return of Service on this Writ of Habeas Corpus, and such further order issued from the U.S. District Court, for the Western District of Washington authorizing the unconditional release of said person.

Witnessed: _____

Judge Jamal N. Whitehead of the U.S. District Court, for the Western District of Washington, this _____ day of December 2024.

Attest: My hand and seal of said United States District Court, the date and year last written above:

Clerk: _____

By: _____, Deputy.

WRIT OF HABEAS CORPUS

FOR Page 2 of 2

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com