Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| *In re*<br>KURT A. BENSHOOF,<br><br>                              Petitioner,<br>         v.<br><br>WARDEN,<br>KING COUNTY,<br>CITY OF SEATTLE,<br><br>                              Respondents. | Case No. 2:24-cv-1110-JNW<br><br>PETITIONER'S NOTICE OF PENDENCY OF OTHER ACTION |

## I.   NOTICE

Petitioner Kurt Benshoof ("Benshoof") hereby gives Notice of Pendency regarding his Emergency Motion for Peremptory Writ of Injunction, filed in Ninth Circuit Court of Appeals No. 24-5188, pursuant to LCR 3(h).

28 U.S.C. § 2243 required this Court to forthwith do one of the following: (1) award the writ; (2) issue an order directing the Warden to show cause why the writ should not be granted; or (3) dismiss the petition if it appears from the application that Benshoof is not entitled thereto.  Benshoof has moved for an injunction to enjoin

PETITIONER'S NOTICE OF PENDENCY - INJUNCTION
9TH Circuit Court of Appeals No. 24-5188
Page **1** of 2

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

this Court's custom and practice administrative nonfeasance, in order to arrest the ongoing unlawful imprisonment of Benshoof.  See Appendix A, attached hereto.

## VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington and the United States.  Executed this 21st day of December in the year 2024, in the city of Mountlake Terrace, in the county of Snohomish, in the state of Washington.

By: _____

      Kurt Benshoof, Petitioner
      22701 42nd Place West
      Mountlake Terrace, WA 98043
      Phone: (425) 553-8112
      Email: kurtbenshoof@gmail.com

PETITIONER'S NOTICE OF PENDENCY - INJUNCTION
9TH Circuit Court of Appeals No. 24-5188

Page **2** of 2

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com