Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE

| | |
|---|---|
| *In re* <br> KURT A. BENSHOOF, <br><br> Petitioner, <br> v. <br><br> WARDEN, <br> KING COUNTY, <br> CITY OF SEATTLE, <br><br> Respondents. | Case No. 2:24-cv-1110-JNW <br><br> PETITIONER'S NOTICE OF PENDENCY OF OTHER ACTION |

## I.   NOTICE

Petitioner Kurt Benshoof ("Benshoof") hereby gives Notice of Pendency regarding his First Amended Complaint, filed in WAWD No. 2:24-cv-808-JHC, pursuant to LCR 3(h).

The claims of Benshoof and his Co-Plaintiffs relate, in part, to the ongoing conspiracy by City of Seattle and King County officials, in retaliatory joint action with private individuals, to unlawfully imprison Benshoof under color of law, to abet the

PETITIONER'S NOTICE OF PENDENCY

Page **1** of 2

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

kidnapping of Benshoof's minor son, and to suspend the writ of habeas corpus. See Appendix A, attached hereto.

## VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington and the United States. Executed this 14th day of December in the year 2025, in the city of Mountlake Terrace, in the county of Snohomish, in the state of Washington.

By: _____

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
Phone: (425) 553-8112
Email: kurtbenshoof@gmail.com

PETITIONER'S NOTICE OF PENDENCY

Page **2** of 2

Kurt Benshoof, Petitioner
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com