UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>               Plaintiff,<br>  v.<br><br>WARDEN, King County Jail,<br><br>               Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:24-cv-1110-JNW-SKV |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Report and Recommendation, Dkt. No. 22, is approved and adopted. Petitioner's amended petition for writ of habeas corpus, Dkt. No. 7, and this action are DISMISSED without prejudice. Petitioner's motion for judicial notice, Dkt. No. 18, is DENIED as moot.

Dated January 17, 2025.

                                              Ravi Subramanian
                                              Clerk of Court

                                              */s/ Kathleen Albert*
                                              Deputy Clerk