FILED

JUN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Mr. KURT BENSHOOF, | No. 25-552 |
| Petitioner - Appellant, | D.C. No. 2:24-cv-01110-JNW<br>Western District of Washington, Seattle |
| v. | |
| WARDEN, King County Jail, | ORDER |
| Respondent - Appellee. | |

Before:  H.A. THOMAS and DESAI, Circuit Judges.

Appellant's opening brief (Docket Entry No. 5) is construed as a request for a certificate of appealability and so construed, is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Wilson v. Belleque*, 554 F.3d 816, 825-26 (9th Cir. 2009).

Appellant is pro se in these proceedings. The court has not and will not entertain filings submitted on his behalf by third parties who have not been granted "next friend" status by this court or the district court.

All pending motions are denied.

**DENIED.**